James D. Clifford, Appellant, *v.* Firemen's Mutual Benefit Association of the City of New York, Respondent.

(Argued March 29, 1932; decided April 26, 1932.)

*Joseph R. Jackson, John J. Curtin, Adelbert P. Rich* and *Wesley S. Sawyer* for appellant.

*Joseph A. McNamara* and *Thomas J. Kavanagh* for respondent.

548

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.